Law Offices of Harvey I. Marcus
250 Pehle Avenue
Suite 200
Saddle Brook, NJ 07663
Tel. 800-792-5500
Fax. 888-565-0403
(HIM/8635)
HIM@lawmarcus.com
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

_____

In Re:
                            Case No. 18-10745 RG

Charles LoBello Jr.,
        Debtor(s).

                            Adv Case No.

_____

                            Certification of Withdrawal

                            Certification of Service
                             Docket # 27
                            Hearing:

Harvey I. Marcus does hereby state:

     1. The debtor's certification of Service docket #27 is withdrawn as it was filed in error.

     I do certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

     Dated: February 24, 2018

     /s/ Harvey I. Marcus
        Harvey I. Marcus