UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**McCABE, WEISBERG & CONWAY, LLC**

**By: Alexandra T. Garcia, Esq. (Atty.
I.D.#ATG4688)**

**216 Haddon Avenue, Suite 201**

**Westmont, NJ 08108**

**856-858-7080**

Attorneys for Movant: U.S. Bank National
Association, as Trustee for NRZ Pass-through
Trust IX

| | |
|---|---|
| In Re:<br><br>Charles Lo Bello, Jr.<br>        Debtor | Case No.: 18-10745-RG<br><br>Chapter: 13<br><br>Hearing Date: April 18, 2018<br><br>Judge: Rosemary Gambardella |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below
has been:

☐ Settled        ☒ Withdrawn

Matter: : Docket No. 34 – Objection to confirmation of Debtor's Chapter 13 Plan re: 209 William
Street, Belleville, New Jersey 07109 filed on behalf of U.S. Bank National Association, as Trustee
for NRZ Pass-through Trust IX.  Please be advised that the Objection to Plan is being withdrawn as
the Debtor no longer owns the property. Accordingly, please have the objection marked withdrawn

Date:     4/16/2018                                  /s/ Alexandra T. Garcia, Esq.
                                                              Signature

*rev.8/1/15*