UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Harvey I. Marcus (HIM8635)
250 Pehle Avenue, Suite 200
Saddle Brook, NJ 07663
Tel. 800-792-5500
Fax. 888-565-0403
him@lawmarcus.com
Attorney for Debtor(s).

Order Filed on May 3, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Charles LoBello, Jr.,
Debtor.

Case No.: 18-10745

Chapter: 13

Judge: Gambardella

## ORDER AUTHORIZING RETENTION OF

Marcus & Millichap

The relief set forth on the following page is **ORDERED**.

**DATED: May 3, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain __Marcus& Millichap__
as __real estate broker__, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 250 Pehle Avenue, Suite 501
   Saddle Brook, NJ 07663

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*