| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-2(c) <br><br> **RODRIGUEZ LAW GROUP, LLC** <br> **14 Elm Street** <br> **Morristown, NJ 07960** <br> **Ph: (973) 998-7973** <br> **Fax: (973) 998-7974** <br> **Attorney for U.S. Bank as Cust for BV001 Trst & Crdtrs** | **Chapter 13 Proceeding** |
| In Re: <br>     **Charles Lo Bello, Jr.** <br><br>                         **Debtor.** | Case No.: 18-10745 (RG) <br><br> Judge: Rosemary Gambardella, U.S.B.J. |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that pursuant to *Fed. R. Bank. Pro.* 9010(b) the undersigned enters her appearance as attorney for the secured creditor, U.S. Bank as Cust for BV001 Trst & Crdtrs, and requests that the documents filed in this case and identified below be served on the undersigned at this address

**ADDRESS:**

> SUSAN B. FAGAN-RODRIGUEZ, ESQ.
> Rodriguez Law Group, LLC
> 14 Elm Street
> Morristown, NJ 07960
> sbflesq@optonline.net

**DOCUMENTS:**

> ■ All notices entered pursuant to Fed. R. Bank P. 2002.
>
> ■ All documents and pleadings of any nature.

                                                                By: /s/ Susan B. Fagan-Rodriguez
                                                                Susan B. Fagan-Rodriguez (SF5241)