Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−10745−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charles Lo Bello Jr.
   166 Highland Cross
   Rutherford, NJ 07070

Social Security No.:
   xxx−xx−5565

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 1/12/18 and a confirmation hearing on such Plan has been scheduled for 5/16/18.

The debtor filed a Modified Plan on 5/13/18 and a confirmation hearing on the Modified Plan is scheduled for 6/6/18 at 9:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: May 14, 2018
JAN: wdh

                                                                           Jeanne Naughton
                                                                           Clerk

United States Bankruptcy Court
District of New Jersey

```
In re:                                                              Case No. 18-10745-RG
Charles Lo Bello, Jr.                                               Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin             Page 1 of 2           Date Rcvd: May 14, 2018
                               Form ID: 186            Total Noticed: 40
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2018.
```
db            +Charles Lo Bello, Jr.,    166 Highland Cross,    Rutherford, NJ 07070-2141
cr            +Donna V. Lomp,    SKLAR LAW LLC,    Andrew Sklar, Esquire,    1200 Laurel Oak Road,    Suite 102,
                Voorhees, NJ 08043-4317
r             +Marcus & Millichap Realty,    250 Pehle Avenue,    Suite 501,    Saddle Brook, NJ 07663-5832
517276712      American Anesthesiology of NJ,    PO Box 120153,    Grand Rapids, MI 49528-0103
517276713     +Americas Servicing Co,    Po Box 10328,    Des Moines, IA 50306-0328
517276714      Atlantic Health System,    PO Box 35611,    Newark, NJ 07193-5611
517276716    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bk Of Amer,    4161 Piedmont Pkwy,    Greensboro, NC 27410)
517276715     +Bank Of America,    PO Box 941000,    Simi Valley, CA 93094-1000
517344341      Bank Of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
517276706     +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                Simi Valley, CA 93062-5170
517276717     +Capital 1 Bank,    Attn: General Correspondence,    Po Box 30285,    Salt Lake City, UT 84130-0285
517276718     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
517276707     +Donna V Lomp,    C/O Kalikman And Masnik,    30 Washington Ave,    Haddonfield, NJ 08033-3341
517323063     +Donna V. Lomp,    C/o Sklar Law LLC,    1200 Laurel Oak Road,    Suite 102,
                Voorhees, New Jersey 08043-4317
517276719     +Eastern Account System INC.,    Attn: Bankruptcy Dept.,    Po Box 837,    Newtown, CT 06470-0837
517276720     +Frank Cassevell,    44A Darren Village 2,    New Hope, PA 18938-1260
517276721     +Gene Cattanese,    105 Jacksonville Road,    Pequannock, NJ 07440-1114
517276722     +Home Depot Credit Services,    PO Box 790345,    Saint Louis, MO 63179-0345
517276708     +Kearny Federal Sav & L,    614 Kearny Ave,    Kearny, NJ 07032-2896
517527750     +Milstead & Associates, LLC,    1 E Stow Road,    Marlton, NJ 08053-3118
517276724      PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
517398278      Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Citibank (South,
                Dakota), N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517276723      Premier Urology Group,    570 South Avenue East Bldng A,    Cranford, NJ 07016
517276725     +Richard & Mary Lobello,    William Hinkle, Esq.,    PO Box 99,    Newton, NJ 07860-0099
517276709     +Rosario Girasa,    861 Bedford Road,    Pleasantville, NY 10570-2700
517454823     +Ruthrford Borough Tax Collector,    176 Park Avenue,    Rutherford, NJ 07070-2399
517276711    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Bankruptcy Section,    PO Box 245,
                Trenton, NJ 08695-0245)
517276726     +Specialized Loan Servicing, LLC,    8742 Lucent Blvd Suite 300,    Littleton, CO 80129-2386
517384346      The Bank of New York Mellon, et al,    c/o Bank of America, N.A.,    P.O. Box 660933,
                Dallas, TX 75266-0933
517333350     +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517404492      U.S. Bank National Association,,    Shellpoint Mortgage Servicing,    P.O. Box 10826,
                Greenville, SC 29603-0826
517404493     +U.S. Bank National Association,,    Shellpoint Mortgage Servicing,    P.O. Box 10826,
                Greenville, SC 29603-0826,    U.S. Bank National Association,,
                Shellpoint Mortgage Servicing 29603-0826
517454822     +US Bank Cust BV Trst 2015-1,    164 Mason Street, Floor 2 South,    Greenwich, CT 06830-6677
517527749     +elect Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 14 2018 23:31:33      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 14 2018 23:31:31      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517345320      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 15 2018 09:08:20
                Portfolio Recovery Associates, LLC,    c/o Capital One,    POB 41067,    Norfolk VA 23541
517527748      E-mail/PDF: resurgentbknotifications@resurgent.com May 14 2018 23:35:44
                Pinnacle Credit Services, LLC,    PO Box 10587,    Greenville, SC 29603-0587
517276710     +E-mail/Text: jennifer.chacon@spservicing.com May 14 2018 23:32:29
                Select Portfolio Servicing,    Po Box 65250,    Salt Lake City, UT 84165-0250
517407483      E-mail/Text: jennifer.chacon@spservicing.com May 14 2018 23:32:29
                U.S. Bank NA, successor trustee,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 6
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517283470*   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                PO Box 245,    Trenton, NJ 08695-0245)
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: May 14, 2018
                              Form ID: 186             Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2018 at the address(es) listed below:

```
          Alexandra T. Garcia    on behalf of Creditor    US Bank National Association, as Trustee for NRZ
           Pass-through Trust IX NJECFMAIL@mwc-law.com
          Andrew  Sklar    on behalf of Creditor Donna V. Lomp andy@sklarlaw.com,  dolores@sklarlaw.com
          Andrew M. Lubin    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
           successor to LaSalle Bank NA, as trustee, for the WaMu Mortgage Pass-Through Certificates,
           Series 2004-CB4 bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
          Brian E Caine    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
           bcaine@parkermccay.com,  BKcourtnotices@parkermccay.com
          Brian E Caine    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York as
           successor indenture trustee to JPMorgan Chase Bank, N.A., as indenture trustee for the CWABS
           revolving home equity loan trust, Series 2004-Q bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Harvey I. Marcus    on behalf of Debtor Charles  Lo Bello, Jr. him@lawmarcus.com
          Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, Et Al...
           kmcdonald@blankrome.com,  bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Melissa S DiCerbo    on behalf of Creditor    NRZ Pass-Through Trust IX nj-ecfmail@mwc-law.com
          Susan B. Fagan-Rodriguez    on behalf of Creditor    U.S. Bank as Cust for BV001 Trst & Crdtrs
           sbflesq@optonline.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```