**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0 Valuation of Security        0 Assumption of Executory Contract or Unexpired Lease        0 Lien Avoidance

Last revised: December 1, 2017

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:    **Charles Lo Bello, Jr.**            Case No.:    18-10745
                                                Judge:       RG

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS AMENDED

☐ Original                    ☑ Modified/Notice Required        Date:    5/11/2018
☐ Motions Included            ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney  **HIM**        Initial Debtor:  **C L**        Initial Co-Debtor  _____

| Part 1:  Payment and Length of Plan |

a. The debtor shall pay **1,515.00 Monthly** to the Chapter 13 Trustee, starting on **2/1/2018** for approximately **60** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ☑ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ☑ Sale of real property
  Description: 248-252 2nd Avenue West, Newark, NJ 07107
  Proposed date for completion: 10/31/2018

- ☐ Refinance of real property:
  Description:
  Proposed date for completion:

- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion:

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection          X NONE

a. Adequate protection payments will be made in the amount of $___ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ___ (creditor).

b. Adequate protection payments will be made in the amount of $___ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ___ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Harvey I. Marcus 21758** | **Debtor's Attorney Fees** | **2,000.00** |
| Harvey I Marcus 21758 | Debtor's Attorney fees | per court order |
| **NJ Division Of Taxation** | **Taxes and certain other debts** | **93,207.67** |

 b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
 Check one:
 ☑ None
 ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence:** ☑ **NONE**

 The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Bank of America | 166 Highland Cross, Rutherford, NJ 07070 | 32,280.29 | 0.00 | 32,280.29 | 991.00 |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☑ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

**c. Secured claims excluded from 11 U.S.C. 506:** ☑ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ **NONE**

 1.)  The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

  **NOTE: A modification under this section ALSO REQUIRES**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

**the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Select Portfolio Servicing | 222 Park Avenue, Hackettstown, NJ 07840 | 205,000.00 | 0.00 the collateral is surrendered in full satisfaction of debtor's personal liability for the debt |
| Specialized Loan Servicing | 209 William St, Belleville, NJ | no value. sold to 2nd mortgagee at sheriff sale |  |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Creditor

**Kearny Federal Sav & L**

**g. Secured Claims to be Paid in Full Through the Plan** ☐ **NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| Donna V Lomp | non exempt assets | $62,744.94 |
| US Bank Cust BV Trst 2015-1 | 166 Highland Cross, Rutherford, NJ | $78,672.48 |
| NJ Division of Taxation | 166 Highland Cross, Rutherford, NJ | $12,556.61 |

**Part 5:  Unsecured Claims          ▮NONE**

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:
   ☐   Not less than $____ to be distributed *pro rata*

   ☑   Not less than _100_ percent

   ☐   *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                                                                       Best Case Bankruptcy

| Part 6: Executory Contracts and Unexpired Leases | | | | X NONE |

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|

| Part 7: Motions | NONE |

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. *A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Coxurt when the plan and transmittal notice are served.**

**a. Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ✓ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ✓ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ✓ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

5

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

### Part 8:  Other Plan Provisions

a. **Vesting of Property of the Estate**
☑ Upon Confirmation
☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) Other Administrative Claims
3) Secured Claims
4) Priority Claims
5) Lease Arrearages
6) General Unsecured Claims

d. **Post-Petition Claims**

The Standing Trustee ☑ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9:  Modification    ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified:  __4/13/2018__ .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| add SLS mortgage; add unsecured Pinnacle Credit Services; delete 11 unsecured creditors that have not filed claims | Part 3 correct NJ Taxation debt amount; Part 4a add Bank of America mortgage arrears; Part 4e add SLS surrender;  Part 4g add NJ Division of Taxation. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☑ No

### Part 10 :  Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

| Date | May 11, 2018 | /s/ Harvey I. Marcus |
|---|---|---|
| | | Harvey I. Marcus 21758 |
| | | Attorney for the Debtor |
| Date: | May 11, 2018 | /s/ Charles Lo Bello, Jr. |
| | | Charles Lo Bello, Jr. |
| | | Debtor |
| Date: | | |
| | | Joint Debtor |

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

| Date | May 11, 2018 | /s/ Harvey I. Marcus |
|---|---|---|
| | | Harvey I. Marcus 21758 |
| | | Attorney for the Debtor |

I certify under penalty of perjury that the above is true.

| Date: | May 11, 2018 | /s/ Charles Lo Bello, Jr. |
|---|---|---|
| | | Charles Lo Bello, Jr. |
| | | Debtor |
| Date: | | |
| | | Joint Debtor |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                                                                   Best Case Bankruptcy

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-10745-RG
Charles Lo Bello, Jr.                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: May 14, 2018
                              Form ID: pdf901          Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2018.
```
db             +Charles Lo Bello, Jr.,    166 Highland Cross,     Rutherford, NJ 07070-2141
cr             +Donna V. Lomp,    SKLAR LAW LLC,    Andrew Sklar, Esquire,    1200 Laurel Oak Road,    Suite 102,
                 Voorhees, NJ 08043-4317
r              +Marcus & Millichap Realty,    250 Pehle Avenue,     Suite 501,    Saddle Brook, NJ 07663-5832
517276712       American Anesthesiology of NJ,    PO Box 120153,     Grand Rapids, MI 49528-0103
517276713      +Americas Servicing Co,    Po Box 10328,    Des Moines, IA 50306-0328
517276714       Atlantic Health System,    PO Box 35611,    Newark, NJ 07193-5611
517276716     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,     4161 Piedmont Pkwy,    Greensboro, NC 27410)
517276715      +Bank Of America,    Po Box 941000,    Simi Valley, CA 93094-1000
517344341       Bank Of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
517276706      +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                 Simi Valley, CA 93062-5170
517276717      +Capital 1 Bank,    Attn: General Correspondence,     Po Box 30285,    Salt Lake City, UT 84130-0285
517276718      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
517276707      +Donna V Lomp,    C/O Kalikman And Masnik,    30 Washington Ave,    Haddonfield, NJ 08033-3341
517323063      +Donna V. Lomp,    C/o Sklar Law LLC,    1200 Laurel Oak Road,    Suite 102,
                 Voorhees, New Jersey 08043-4317
517276719      +Eastern Account System INC.,    Attn: Bankruptcy Dept.,    Po Box 837,    Newtown, CT 06470-0837
517276720      +Frank Cassevell,    44A Darren Village 2,    New Hope, PA 18938-1260
517276721      +Gene Cattanese,    105 Jacksonville Road,    Pequannock, NJ 07440-1114
517276722      +Home Depot Credit Services,    PO Box 790345,    Saint Louis, MO 63179-0345
517276708      +Kearny Federal Sav & L,    614 Kearny Ave,    Kearny, NJ 07032-2896
517527750      +Milstead & Associates, LLC,    1 E Stow Road,    Marlton, NJ 08053-3118
517276724       PSE&G,   PO Box 14444,    New Brunswick, NJ 08906-4444
517398278       Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Citibank (South,
                 Dakota), N.A.,    Resurgent Capital Services,     PO Box 10587,    Greenville, SC 29603-0587
517276723       Premier Urology Group,    570 South Avenue East Bldng A,    Cranford, NJ 07016
517276725      +Richard & Mary Lobello,    William Hinkle, Esq.,    PO Box 99,    Newton, NJ 07860-0099
517276709      +Rosario Girasa,    861 Bedford Road,    Pleasantville, NY 10570-2700
517454823      +Ruthrford Borough Tax Collector,    176 Park Avenue,    Rutherford, NJ 07070-2399
517276711     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,     Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695-0245)
517276726      +Specialized Loan Servicing, LLC,    8742 Lucent Blvd Suite 300,    Littleton, CO 80129-2386
517384346       The Bank of New York Mellon, et al,    c/o Bank of America, N.A.,    P.O. Box 660933,
                 Dallas, TX 75266-0933
517333350      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517404492       U.S. Bank National Association,,    Shellpoint Mortgage Servicing,    P.O. Box 10826,
                 Greenville, SC 29603-0826
517404493      +U.S. Bank National Association,,    Shellpoint Mortgage Servicing,    P.O. Box 10826,
                 Greenville, SC 29603-0826,    U.S. Bank National Association,,
                 Shellpoint Mortgage Servicing 29603-0826
517454822      +US Bank Cust BV Trst 2015-1,    164 Mason Street, Floor 2 South,    Greenwich, CT 06830-6677
517527749      +elect Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 14 2018 23:31:33      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 14 2018 23:31:31      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517345320       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 15 2018 09:08:20
                 Portfolio Recovery Associates, LLC,    c/o Capital One,    POB 41067,    Norfolk VA 23541
517527748       E-mail/PDF: resurgentbknotifications@resurgent.com May 14 2018 23:35:44
                 Pinnacle Credit Services, LLC,    PO Box 10587,    Greenville, SC 29603-0587
517276710      +E-mail/Text: jennifer.chacon@spservicing.com May 14 2018 23:32:29
                 Select Portfolio Servicing,    Po Box 65250,    Salt Lake City, UT 84165-0250
517407483       E-mail/Text: jennifer.chacon@spservicing.com May 14 2018 23:32:29
                 U.S. Bank NA, successor trustee,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 6
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517283470*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: May 14, 2018
                              Form ID: pdf901          Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2018 at the address(es) listed below:

```
          Alexandra T. Garcia    on behalf of Creditor   US Bank National Association, as Trustee for NRZ
           Pass-through Trust IX NJECFMAIL@mwc-law.com
          Andrew  Sklar    on behalf of Creditor Donna V. Lomp andy@sklarlaw.com,  dolores@sklarlaw.com
          Andrew M. Lubin    on behalf of Creditor   U.S. Bank NA, successor trustee to Bank of America, NA,
           successor to LaSalle Bank NA, as trustee, for the WaMu Mortgage Pass-Through Certificates,
           Series 2004-CB4 bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
          Brian E Caine    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
           bcaine@parkermccay.com,  BKcourtnotices@parkermccay.com
          Brian E Caine    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York as
           successor indenture trustee to JPMorgan Chase Bank, N.A., as indenture trustee for the CWABS
           revolving home equity loan trust, Series 2004-Q bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Harvey I. Marcus    on behalf of Debtor Charles  Lo Bello, Jr. him@lawmarcus.com
          Kevin Gordon McDonald    on behalf of Creditor   U.S. Bank National Association, Et Al...
           kmcdonald@blankrome.com,  bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Melissa S DiCerbo    on behalf of Creditor   NRZ Pass-Through Trust IX nj-ecfmail@mwc-law.com
          Susan B. Fagan-Rodriguez    on behalf of Creditor   U.S. Bank as Cust for BV001 Trst & Crdtrs
           sbflesq@optonline.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```