UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Harvey I Marcus (HIM8635)
250 Pehle Avenue, Suite 200
Saddle Brook, NJ 07663
Tel. 800-792-5500
Fax. 888-565-0403
him@lawmarcus.com
Attorney for Debtor(s)

Order Filed on July 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Charles LoBello, Jr.,
Debtor.

Case No.: __18-10745__

Chapter: 13

Judge: __Gambardella__

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 6, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Harvey I Marcus_____, the applicant, is allowed a fee of $ _____1700.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____1700.00_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-10745-RG
Charles Lo Bello, Jr.                                               Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1             Date Rcvd: Jul 12, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2018.
db             +Charles Lo Bello, Jr.,    166 Highland Cross,    Rutherford, NJ 07070-2141

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2018 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    US Bank National Association, as Trustee for NRZ
               Pass-through Trust IX NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Andrew  Sklar    on behalf of Creditor Donna V. Lomp andy@sklarlaw.com, dolores@sklarlaw.com
              Andrew M. Lubin    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
               successor to LaSalle Bank NA, as trustee, for the WaMu Mortgage Pass-Through Certificates,
               Series 2004-CB4 bkecf@milsteadlaw.com, alubin@milsteadlaw.com
              Brian E Caine    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
              Brian E Caine    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York as
               successor indenture trustee to JPMorgan Chase Bank, N.A., as indenture trustee for the CWABS
               revolving home equity loan trust, Series 2004-Q bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Harvey I. Marcus    on behalf of Debtor Charles  Lo Bello, Jr. him@lawmarcus.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, Et Al...
               kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa S DiCerbo    on behalf of Creditor    NRZ Pass-Through Trust IX nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Susan B. Fagan-Rodriguez    on behalf of Creditor    U.S. Bank as Cust for BV001 Trst & Crdtrs
               sbflesq@optonline.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 11