| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) <br> MILSTEAD & ASSOCIATES, LLC <br> By: Andrew M. Lubin <br> Atty. ID: AL0814 <br> 1 E. Stow Road <br> Marlton, NJ 08053 <br> (856) 482-1400 <br> File No.: 213532-9 <br> Attorneys for Movant: Select Portfolio Servicing Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor to LaSalle Bank NA, as trustee, for the WaMu Mortgage Pass-Through Certificates, Series 2004-CB4 | Order Filed on September 11, 2018 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| In Re: <br><br> Charles Lo Bello, Jr. | Case No.: 18-10745-RG <br> Chapter 13 <br><br> Judge: Rosemary Gambardella |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby ORDERED

**DATED: September 11, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the motion of Select Portfolio Servicing Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor to LaSalle Bank NA, as trustee, for the WaMu Mortgage Pass-Through Certificates, Series 2004-CB4 under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following:

Real property more fully described as:

**222 Park Avenue, Hackettstown, NJ 07840**

ORDERED that Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy laws; and it is further

ORDERED that the Movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-10745-RG
Charles Lo Bello, Jr.                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Sep 12, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2018.
db             +Charles Lo Bello, Jr.,    166 Highland Cross,    Rutherford, NJ 07070-2141

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2018 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    US Bank National Association, as Trustee for NRZ
               Pass-through Trust IX NJECFMAIL@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
              Andrew  Sklar    on behalf of Creditor Donna V. Lomp andy@sklarlaw.com,   dolores@sklarlaw.com
              Andrew M. Lubin    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
               successor to LaSalle Bank NA, as trustee, for the WaMu Mortgage Pass-Through Certificates,
               Series 2004-CB4 bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
              Brian E Caine    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
              Brian E Caine    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York as
               successor indenture trustee to JPMorgan Chase Bank, N.A., as indenture trustee for the CWABS
               revolving home equity loan trust, Series 2004-Q bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Harvey I. Marcus    on behalf of Debtor Charles  Lo Bello, Jr. him@lawmarcus.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, Et Al...
               kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa S DiCerbo    on behalf of Creditor    NRZ Pass-Through Trust IX nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Susan B. Fagan-Rodriguez    on behalf of Creditor    U.S. Bank as Cust for BV001 Trst & Crdtrs
               sbflesq@optonline.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 11