Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−10745−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charles Lo Bello Jr.
   166 Highland Cross
   Rutherford, NJ 07070

Social Security No.:
   xxx−xx−5565

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/16/19 at 10:00 AM

to consider and act upon the following:

*84* − Certification in Opposition to (related document:79 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/19/2018. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Harvey I. Marcus on behalf of Charles Lo Bello Jr.. (Attachments: # 1 Exhibit recent offers redacted) (Marcus, Harvey)

Dated: 12/19/18

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Charles Lo Bello, Jr.  
      Debtor

Case No. 18-10745-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 19, 2018  
                  Form ID: ntchrgbk     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2018.  
db         +Charles Lo Bello, Jr.,    166 Highland Cross,    Rutherford, NJ 07070-2141  
cr         +Donna V. Lomp,    SKLAR LAW LLC,    Andrew Sklar, Esquire,    1200 Laurel Oak Road,    Suite 102,    Voorhees, NJ 08043-4317  
r          +Marcus & Millichap Realty,    250 Pehle Avenue,    Suite 501,    Saddle Brook, NJ 07663-5832

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2018 at the address(es) listed below:

         Alexandra T. Garcia    on behalf of Creditor    US Bank National Association, as Trustee for NRZ Pass-through Trust IX NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
         Andrew Sklar    on behalf of Creditor Donna V. Lomp andy@sklarlaw.com, dolores@sklarlaw.com  
         Andrew M. Lubin    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA, successor to LaSalle Bank NA, as trustee, for the WaMu Mortgage Pass-Through Certificates, Series 2004-CB4 bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
         Brian E Caine    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al... bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
         Brian E Caine    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York as successor indenture trustee to JPMorgan Chase Bank, N.A., as indenture trustee for the CWABS revolving home equity loan trust, Series 2004-Q bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
         Harvey I. Marcus    on behalf of Debtor Charles Lo Bello, Jr. him@lawmarcus.com  
         Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, Et Al... kmcdonald@blankrome.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Melissa S DiCerbo    on behalf of Creditor    NRZ Pass-Through Trust IX nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
         Susan B. Fagan-Rodriguez    on behalf of Creditor    U.S. Bank as Cust for BV001 Trst & Crdtrs sbflesq@optonline.net  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                          TOTAL: 11