# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18–10745–RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charles Lo Bello Jr.
   166 Highland Cross
   Rutherford, NJ 07070

Social Security No.:
   xxx–xx–5565

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 11, 2018.

On 1/17/18 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:            February 20, 2019
Time:            08:30 AM
Location:        Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 18, 2019
JAN: smz

Jeanne Naughton
Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                      Case No. 18-10745-RG
Charles Lo Bello, Jr.                                       Chapter 13
        Debtor                  CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin              Page 1 of 2        Date Rcvd: Jan 18, 2019
                             Form ID: 185             Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2019.
db             +Charles Lo Bello, Jr.,    166 Highland Cross,    Rutherford, NJ 07070-2141
cr             +Donna V. Lomp,    SKLAR LAW LLC,    Andrew Sklar, Esquire,    1200 Laurel Oak Road,    Suite 102,
                 Voorhees, NJ 08043-4317
r              +Marcus & Millichap Realty,    250 Pehle Avenue,    Suite 501,    Saddle Brook, NJ 07663-5832
517276712       American Anesthesiology of NJ,    PO Box 120153,    Grand Rapids, MI 49528-0103
517276713      +Americas Servicing Co,    Po Box 10328,    Des Moines, IA 50306-0328
517276714       Atlantic Health System,    PO Box 35611,    Newark, NJ 07193-5611
517276716     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:    Bk Of Amer,    4161 Piedmont Pkwy,    Greensboro, NC 27410)
517276715      +Bank Of America,    PO Box 941000,    Simi Valley, CA 93094-1000
517344341       Bank Of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
517276706      +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                 Simi Valley, CA 93062-5170
517276718      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
517276707      +Donna V Lomp,    C/O Kalikman And Masnik,    30 Washington Ave,    Haddonfield, NJ 08033-3341
517323063      +Donna V. Lomp,    C/o Sklar Law LLC,    1200 Laurel Oak Road,    Suite 102,
                 Voorhees, New Jersey 08043-4317
517276719      +Eastern Account System INC.,    Attn: Bankruptcy Dept.,    Po Box 837,    Newtown, CT 06470-0837
517276720      +Frank Cassevell,    44A Darren Village 2,    New Hope, PA 18938-1260
517276721      +Gene Cattanese,    105 Jacksonville Road,    Pequannock, NJ 07440-1114
517276722      +Home Depot Credit Services,    PO Box 790345,    Saint Louis, MO 63179-0345
517908015      +John Floriani,    508 85th Street,    North Bergen, NJ 07047-5135
517276708      +Kearny Federal Sav & L,    614 Kearny Ave,    Kearny, NJ 07032-2896
517908016      +Louis J Johnson, Jr., Esq.,    50 Harrison Street, PH-458,    Hoboken, NJ 07030-6064
517550841      +Milenys LoBello,    166 Highland Cross,    Rutherford, NJ 07070-2141
517527750      +Milstead & Associates, LLC,    1 E Stow Road,    Marlton, NJ 08053-3118
517276724       PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
517398278       Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Citibank (South,
                 Dakota), N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517276723       Premier Urology Group,    570 South Avenue East Bldng A,    Cranford, NJ 07016
517276725      +Richard & Mary Lobello,    William Hinkle, Esq.,    PO Box 99,    Newton, NJ 07860-0099
517276709      +Rosario Girasa,    861 Bedford Road,    Pleasantville, NY 10570-2700
517454823      +Ruthrford Borough Tax Collector,    176 Park Avenue,    Rutherford, NJ 07070-2399
517276711     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:    State of New Jersey,    Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695-0245)
517276726      +Specialized Loan Servicing, LLC,    8742 Lucent Blvd Suite 300,    Littleton, CO 80129-2386
517384346       The Bank of New York Mellon, et al,    c/o Bank of America, N.A.,    P.O. Box 660933,
                 Dallas, TX 75266-0933
517333350      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517404492       U.S. Bank National Association,,    Shellpoint Mortgage Servicing,    P.O. Box 10826,
                 Greenville, SC 29603-0826
517404493      +U.S. Bank National Association,,    Shellpoint Mortgage Servicing,    P.O. Box 10826,
                 Greenville, SC 29603-0826,    U.S. Bank National Association,,
                 Shellpoint Mortgage Servicing 29603-0826
517454822      +US Bank Cust BV Trst 2015-1,    164 Mason Street, Floor 2 South,    Greenwich, CT 06830-6677
517527749      +elect Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 19 2019 00:03:09     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 19 2019 00:03:07     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517276717      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 19 2019 00:08:07     Capital 1 Bank,
                 Attn: General Correspondence,    Po Box 30285,    Salt Lake City, UT 84130-0285
517345320       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 19 2019 00:07:33
                 Portfolio Recovery Associates, LLC,    c/o Capital One,    POB 41067,    Norfolk VA 23541
517527748       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 19 2019 00:07:41
                 Pinnacle Credit Services, LLC,    PO Box 10587,    Greenville, SC 29603-0587
517276710      +E-mail/Text: jennifer.chacon@spservicing.com Jan 19 2019 00:04:09
                 Select Portfolio Servicing,    Po Box 65250,    Salt Lake City, UT 84165-0250
517407483       E-mail/Text: jennifer.chacon@spservicing.com Jan 19 2019 00:04:09
                 U.S. Bank NA, successor trustee,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
                                                                                                TOTAL: 7
```

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Jan 18, 2019
                              Form ID: 185             Total Noticed: 43


             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517283470*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                  PO Box 245,    Trenton, NJ 08695-0245)
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2019 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    US Bank National Association, as Trustee for NRZ
               Pass-through Trust IX NJECFMAIL@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
              Andrew  Sklar    on behalf of Creditor Donna V. Lomp andy@sklarlaw.com,    dolores@sklarlaw.com
              Andrew M. Lubin    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
               successor to LaSalle Bank NA, as trustee, for the WaMu Mortgage Pass-Through Certificates,
               Series 2004-CB4 bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
              Brian E Caine    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
              Brian E Caine    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York as
               successor indenture trustee to JPMorgan Chase Bank, N.A., as indenture trustee for the CWABS
               revolving home equity loan trust, Series 2004-Q bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Harvey I. Marcus    on behalf of Debtor Charles  Lo Bello, Jr. him@lawmarcus.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, Et Al...
               kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Melissa S DiCerbo    on behalf of Creditor    NRZ Pass-Through Trust IX nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Susan B. Fagan-Rodriguez    on behalf of Creditor    U.S. Bank as Cust for BV001 Trst & Crdtrs
               sbflesq@optonline.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 11
```