| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | **Order Filed on January 22, 2019**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| IN RE:<br><br>    CHARLES LO BELLO, JR. | Case No.:  18-10745 RG<br><br>Hearing Date:  1/16/2019 |

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 22, 2019**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): CHARLES LO BELLO, JR.

Case No.: 18-10745

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 01/16/2019 on notice to HARVEY I. MARCUS ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file modified plan by 1/30/2019 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Modified Plan has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.

United States Bankruptcy Court
District of New Jersey

In re:  
Charles Lo Bello, Jr.  
     Debtor

Case No. 18-10745-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 24, 2019  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2019.  
db          +Charles Lo Bello, Jr.,   166 Highland Cross,   Rutherford, NJ 07070-2141

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2019                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2019 at the address(es) listed below:

         Alexandra T. Garcia    on behalf of Creditor    US Bank National Association, as Trustee for NRZ Pass-through Trust IX NJECFMAIL@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com  
         Andrew  Sklar    on behalf of Creditor Donna V. Lomp andy@sklarlaw.com,  dolores@sklarlaw.com  
         Andrew M. Lubin    on behalf of Creditor   U.S. Bank NA, successor trustee to Bank of America, NA, successor to LaSalle Bank NA, as trustee, for the WaMu Mortgage Pass-Through Certificates, Series 2004-CB4 bkecf@milsteadlaw.com,  alubin@milsteadlaw.com  
         Brian E Caine    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al... bcaine@parkermccay.com,  BKcourtnotices@parkermccay.com  
         Brian E Caine    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York as successor indenture trustee to JPMorgan Chase Bank, N.A., as indenture trustee for the CWABS revolving home equity loan trust, Series 2004-Q bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
         Harvey I. Marcus    on behalf of Debtor Charles  Lo Bello, Jr. him@lawmarcus.com  
         Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, Et Al... kmcdonald@blankrome.com,  bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Melissa S DiCerbo    on behalf of Creditor    NRZ Pass-Through Trust IX nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
         Susan B. Fagan-Rodriguez    on behalf of Creditor    U.S. Bank as Cust for BV001 Trst & Crdtrs sbflesq@optonline.net  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                   TOTAL: 11