UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Harvey I Marcus (HIM8635)
250 Pehle Avenue, Suite 200
Saddle Brook, NJ 07663
Tel. 800-792-5500
Fax. 888-565-0403
him@lawmarcus.com
Attorney for Debtor(s)

Order Filed on February 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Charles LoBello, Jr.,
Debtor.

Case No.: 18-10745

Chapter: 13

Judge: Gambardella

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 27, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Harvey I Marcus_____, the applicant, is allowed a fee of $ _____1200.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____1200.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Charles Lo Bello, Jr.  
    Debtor

Case No. 18-10745-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Feb 27, 2019  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2019.  
db         +Charles Lo Bello, Jr.,    166 Highland Cross,    Rutherford, NJ 07070-2141

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2019                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2019 at the address(es) listed below:

            Alexandra T. Garcia    on behalf of Creditor    US Bank National Association, as Trustee for NRZ Pass-through Trust IX NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
            Andrew   Sklar    on behalf of Creditor Donna V. Lomp andy@sklarlaw.com, dolores@sklarlaw.com  
            Andrew M. Lubin    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA, successor to LaSalle Bank NA, as trustee, for the WaMu Mortgage Pass-Through Certificates, Series 2004-CB4 bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
            Brian E Caine    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al... bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
            Brian E Caine    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York as successor indenture trustee to JPMorgan Chase Bank, N.A., as indenture trustee for the CWABS revolving home equity loan trust, Series 2004-Q bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
            Harvey I. Marcus    on behalf of Debtor Charles  Lo Bello, Jr. him@lawmarcus.com  
            Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, Et Al... kmcdonald@blankrome.com, bkgroup@kmllawgroup.com  
            Marie-Ann Greenberg    magecf@magtrustee.com  
            Melissa S DiCerbo    on behalf of Creditor    NRZ Pass-Through Trust IX nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
            Susan B. Fagan-Rodriguez    on behalf of Creditor    U.S. Bank as Cust for BV001 Trst & Crdtrs sbflesq@optonline.net  
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                          TOTAL: 11