Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 18−10745−RG
                Chapter: 13
                Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charles Lo Bello Jr.
   166 Highland Cross
   Rutherford, NJ 07070

Social Security No.:
   xxx−xx−5565

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/14/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 15, 2019
JAN: slm

                                                                                  Jeanne Naughton
                                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-10745-RG
Charles Lo Bello, Jr.                                                  Chapter 13
    Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0312-2      User: admin           Page 1 of 2            Date Rcvd: Mar 15, 2019
                          Form ID: 148          Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2019.
```
db          +Charles Lo Bello, Jr.,    166 Highland Cross,    Rutherford, NJ 07070-2141
cr          +Donna V. Lomp,    SKLAR LAW LLC,    Andrew Sklar, Esquire,    1200 Laurel Oak Road,    Suite 102,
              Voorhees, NJ 08043-4317
r           +Marcus & Millichap Realty,    250 Pehle Avenue,    Suite 501,    Saddle Brook, NJ 07663-5832
517276712    American Anesthesiology of NJ,    PO Box 120153,    Grand Rapids, MI 49528-0103
517276714    Atlantic Health System,    PO Box 35611,    Newark, NJ 07193-5611
517276715   +Bank Of America,    PO Box 941000,    Simi Valley, CA 93094-1000
517276707   +Donna V Lomp,    C/O Kalikman And Masnik,    30 Washington Ave,    Haddonfield, NJ 08033-3341
517323063   +Donna V. Lomp,    C/o Sklar Law LLC,    1200 Laurel Oak Road,    Suite 102,
              Voorhees, New Jersey 08043-4317
517276719   +Eastern Account System INC.,    Attn: Bankruptcy Dept.,    Po Box 837,    Newtown, CT 06470-0837
517276720   +Frank Cassevell,    44A Darren Village 2,    New Hope, PA 18938-1260
517276721   +Gene Cattanese,    105 Jacksonville Road,    Pequannock, NJ 07440-1114
517276722   +Home Depot Credit Services,    PO Box 790345,    Saint Louis, MO 63179-0345
517908015   +John Floriani,    508 85th Street,    North Bergen, NJ 07047-5135
517276708   +Kearny Federal Sav & L,    614 Kearny Ave,    Kearny, NJ 07032-2896
517908016   +Louis J Johnson, Jr., Esq.,    50 Harrison Street, PH-458,    Hoboken, NJ 07030-6064
517550841   +Milenys LoBello,    166 Highland Cross,    Rutherford, NJ 07070-2141
517527750   +Milstead & Associates, LLC,    1 E Stow Road,    Marlton, NJ 08053-3118
517276724    PSE&G,   PO Box 14444,    New Brunswick, NJ 08906-4444
517398278    Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Citibank (South,
              Dakota), N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517276723    Premier Urology Group,    570 South Avenue East Bldng A,    Cranford, NJ 07016
517276725   +Richard & Mary Lobello,    William Hinkle, Esq.,    PO Box 99,    Newton, NJ 07860-0099
517276709   +Rosario Girasa,    861 Bedford Road,    Pleasantville, NY 10570-2700
517454823   +Ruthrford Borough Tax Collector,    176 Park Avenue,    Rutherford, NJ 07070-2399
517276711  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,    Bankruptcy Section,    PO Box 245,
              Trenton, NJ 08695-0245)
517276726   +Specialized Loan Servicing, LLC,    8742 Lucent Blvd Suite 300,    Littleton, CO 80129-2386
517384346    The Bank of New York Mellon, et al,    c/o Bank of America, N.A.,    P.O. Box 660933,
              Dallas, TX 75266-0933
517333350   +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517404492    U.S. Bank National Association,,    Shellpoint Mortgage Servicing,    P.O. Box 10826,
              Greenville, SC 29603-0826
517404493   +U.S. Bank National Association,,    Shellpoint Mortgage Servicing,    P.O. Box 10826,
              Greenville, SC 29603-0826,    U.S. Bank National Association,,
              Shellpoint Mortgage Servicing 29603-0826
517454822   +US Bank Cust BV Trst 2015-1,    164 Mason Street, Floor 2 South,    Greenwich, CT 06830-6677
517527749   +elect Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 16 2019 01:16:37      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 16 2019 01:16:32      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517276713   +EDI: WFFC.COM Mar 16 2019 04:38:00      Americas Servicing Co,    Po Box 10328,
              Des Moines, IA 50306-0328
517276716    EDI: BANKAMER.COM Mar 16 2019 04:38:00      Bk Of Amer,    4161 Piedmont Pkwy,
              Greensboro, NC 27410
517344341    EDI: BANKAMER.COM Mar 16 2019 04:38:00      Bank Of America, N.A.,    PO BOX 31785,
              Tampa, FL 33631-3785
517276706   +EDI: BANKAMER.COM Mar 16 2019 04:38:00      Bank of America,
              Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,    Simi Valley, CA 93062-5170
517276717   +EDI: CAPITALONE.COM Mar 16 2019 04:38:00      Capital 1 Bank,    Attn: General Correspondence,
              Po Box 30285,    Salt Lake City, UT 84130-0285
517276718   +EDI: CHASE.COM Mar 16 2019 04:38:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
517345320    EDI: PRA.COM Mar 16 2019 04:38:00      Portfolio Recovery Associates, LLC,    c/o Capital One,
              POB 41067,    Norfolk VA 23541
517527748    EDI: RESURGENT.COM Mar 16 2019 04:38:00      Pinnacle Credit Services, LLC,    PO Box 10587,
              Greenville, SC 29603-0587
517276710   +E-mail/Text: jennifer.chacon@spservicing.com Mar 16 2019 01:18:03
              Select Portfolio Servicing,    Po Box 65250,    Salt Lake City, UT 84165-0250
517407483    E-mail/Text: jennifer.chacon@spservicing.com Mar 16 2019 01:18:03
              U.S. Bank NA, successor trustee,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
              Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 12
```

```
District/off: 0312-2            User: admin             Page 2 of 2              Date Rcvd: Mar 15, 2019
                                Form ID: 148            Total Noticed: 43

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517283470*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,   Division of Taxation,   Bankruptcy Section,
                  PO Box 245,   Trenton, NJ 08695-0245)
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2019 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    US Bank National Association, as Trustee for NRZ
               Pass-through Trust IX NJECFMAIL@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
              Andrew   Sklar    on behalf of Creditor Donna V. Lomp andy@sklarlaw.com,   dolores@sklarlaw.com
              Andrew M. Lubin    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
               successor to LaSalle Bank NA, as trustee, for the WaMu Mortgage Pass-Through Certificates,
               Series 2004-CB4 bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
              Brian E Caine    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com
              Brian E Caine    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York as
               successor indenture trustee to JPMorgan Chase Bank, N.A., as indenture trustee for the CWABS
               revolving home equity loan trust, Series 2004-Q bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Harvey I. Marcus    on behalf of Debtor Charles  Lo Bello, Jr. him@lawmarcus.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, Et Al...
               kmcdonald@blankrome.com,   bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Melissa S DiCerbo    on behalf of Creditor    NRZ Pass-Through Trust IX nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Susan B. Fagan-Rodriguez    on behalf of Creditor    U.S. Bank as Cust for BV001 Trst & Crdtrs
               sbflesq@optonline.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```